AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (USAO rev. 12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>USPS Priority Mail Express parcel seized on June 21, 2022, and currently in USPIS custody at 390 W 5th St, San Bernardino, CA 92401 | Case No. 5:22-MJ-00403 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit, or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

Date and time issued: _____     _____
*Judge's signature*

City and state:     Riverside, CA     Honorable Shashi H. Kewalramani, U.S. Magistrate Judge
*Printed name and title*

AUSA: Ryan Mansell - (951) 368-1474

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

                                                _____
                                                     *Executing officer's signature*

                                                _____
                                                       *Printed name and title*

**AFFIDAVIT**

I, Brad Barnes, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search a United States Postal Service ("USPS") Priority Mail Express parcel currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A (the "SUBJECT PARCEL"). The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are related in substance and in part only.

## II. INTRODUCTION

3. I am a Postal Inspector with USPIS and have been since July 2013. I am currently assigned to the USPIS Los Angeles Division, San Bernardino Domicile, Contraband Interdiction, and Investigations South Task Force, which is responsible for investigating drug trafficking organizations that use parcels to transport and distribute illegal drugs and/or drug-sale proceeds.

4. As part of my training to become a Postal Inspector, I completed a twelve-week Postal Inspector basic training course, which included training on how to investigate narcotics trafficking via the United States mail. As part of my law enforcement duties, I have assisted in parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds from the sale of illegal drugs.

5. I have completed numerous hours of criminal investigations, including compiling information; interviewing victims, witnesses, and suspects; and collecting evidence to support criminal complaints. I have worked with other experienced state and federal law enforcement officers and supervisors and have gained knowledge and experience from them. My work has involved preparing and assisting in the drafting and service of numerous search warrants. I have testified in

federal court concerning felony offenses.  I received training in the investigation of drug trafficking activities that use USPS mail.

### III. STATEMENT OF PROBABLE CAUSE

**A.   Background**

6.   Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I declare as follows:

    a.   Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In the early 1990s, Postal Inspectors in Los Angeles, California, and surrounding regions such as the High Desert/Low Desert areas that include Riverside and San Bernardino counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances.  Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

    b.   Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes,

with proceeds from the sale of controlled substances converted to money orders. By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel.

   c. The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances. Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

   d. Drug traffickers often use one of two USPS services: Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product. Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point. Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between

4

states if they decide to follow a shipment to its destination for distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service. Based on my training and experience, and the collective experiences related to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

    e.   The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

    f.   The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

    g.   The handwritten label on the parcel does not contain a business account number;

    h.   The seams of the parcel are all taped or glued shut;

    i.   The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

    j.   Multiple parcels are mailed by the same individual, on the same day, from different locations. Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the

addressee and return addresses and examination by a trained drug detection dog.

7.   I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Initial Investigation of the SUBJECT PARCEL**

8.   On June 21, 2022, during routine parcel log profiling, I located the SUBJECT PARCEL.  The SUBJECT PARCEL was in transit and coming from a source city to California.  I saw that the SUBJECT PARCEL met some of the above-mentioned criteria used to identify suspicious parcels.  Specifically, the SUBJECT PARCEL is a USPS Priority Mail Express parcel and does not contain business account number.  The SUBJECT PARCEL has tracking label number EJ 929 141 790 US, and weighs approximately 3 pounds 6.4 ounces.  The return address for SUBJECT PARCEL is "Staybridge Suites Columbus-Dublin 6095 Emerald Parkway Dublin, OH 43016 Assawut Lerdasawabor WOH7."  I found the address using law enforcement and open-source databases.  The address is a hotel in Dublin, Ohio.  The business phone number for the hotel is (614) 734-9882, but the number provided by the shipper is different, (166) 65-307-4753, and appears to be an international number.  The recipient address listed for the SUBJECT PARCEL is "Vilaivone Khamkathok 169 Galileo Ln. Perris, CA ~~98571~~ 92571."

6

The parcel does not display a contact phone number for the recipient. I was able to locate a "Vilaivone Khamkathok" associated to the recipient address on the SUBJECT PARCEL. The parcel is excessively taped closed with express packaging tape.

### C. Drug-Detection Dog Alerts to the SUBJECT PARCELS

9. On June 21, 2022, based on the suspicious characteristics of the SUBJECT PARCEL, San Bernardino County Sheriff Deputy Kristina Winegar had her trained narcotics detection dog, "Roxy," examine the exterior of the SUBJECT PARCEL. Attached hereto as Exhibit 1, and incorporated herein by reference, is a true and correct copy of information provided to me by Detective Winegar regarding Roxy's training and history in detecting controlled substances.

10. The SUBJECT PARCEL was placed in an area by Detective Winegar in order to perform a K-9 sniff with Roxy. Detective Winegar told me that Roxy gave a positive alert to the SUBJECT PARCEL, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

### IV. CONCLUSION

11. For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCEL, as described in Attachment A, contains evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or

possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this ____ day of June
2022.

_____
HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

<u>PARCEL TO BE SEARCHED</u>

1. The following USPS Priority Mail Express parcel seized on June 21, 2022, at the San Bernardino Processing and Distribution Center located at 1900 W Redlands Blvd in San Bernardino, California, and currently in USPIS custody at 390 W 5th St, San Bernardino, CA 92401:

   a.   The SUBJECT PARCEL is a USPS Priority Mail Express parcel bearing tracking label number EJ 929 141 790 US, weighing approximately 3 pounds 6.4 ounces.  The return address for the SUBJECT PARCEL is "Staybridge Suites Columbus-Dublin 6095 Emerald Parkway Dublin, OH 43016".  The recipient address listed for the SUBJECT PARCEL is "Vilaivone Khamkathok 169 Galileo Ln. Perris, CA 92571 Assawut Lerdasawabor WOH7."  The parcel was postmarked in Dublin, Ohio, on June 18, 2022, with a postage paid $71.05.

i

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

    a.   Any controlled substances, including marijuana;

    b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c.   Parcel wrappings used to conceal items described in (a) and/or (b).

# Exhibit 1

# **EXPERTISE OF AFFIANT Detective Winegar/ K9 Roxy**

I, Detective Kristina Winegar B5848, I am a Detective with the San Bernardino County Sheriff's Department. I have been so employed since March 2002. I attended the San Bernardino County Sheriff's Basic Academy where I was given instruction in basic investigations, crimes against persons, crimes against property, and narcotic/controlled substance identification. I have conducted numerous investigations involving Forgery, Possession of stolen property, theft and fraud as well as violent crimes, assaults, homicides and sexual crime. I have been involved in well over 300 investigations/arrests involving burglaries, thefts, crimes against persons, identity theft, assault on person, and narcotics sales and possession.

NARCOTICS DIVISION: May 2014 to present.
In May 2014, I was temporarily assigned as the narcotics division High Desert Set team. I successfully completed 24-hour Short Hall Operations (STABO) training with Campaign Against Marijuana Planting (CAMP). In May, I was permanently assigned to narcotics. I was assigned as a Narcotics K9 handler in June 2014. While assigned to the Narcotics have participated in undercover buys where I have bought ecstasy at large public gathering events.

NARCOTICS/CANINE EXPERTISE:
I have attended a 120-hour course at Vohne Liche Kennels in narcotics detection. I attend this course with my K9 partner Roxy, a brown and white Springer Spaniel. K9 Roxy and I are a certified narcotics detection team through the California Narcotics Canine Association. We attend monthly maintenance training sponsored by Vohne Liche Kennels, weekly training with the Inland Empire Police Canine Association and Roxy and I train daily. Roxy has given a positive alert over 500 times in searches where illegal narcotics have been located and/or seized. I have written and served search warrants for narcotics transportation and sales, marijuana cultivation, stolen property, records/identity theft and other various criminal offenses. I have attended a 40 hour criminal interdiction conference in Austin Texas, a 40 hour criminal interdiction conference in New Orleans Louisiana, 40 hour criminal interdiction in Chicago Illinois, a 24 hours jetway interdiction course in Long Beach California, a 8 hour controlled delivery course, a 8 hours drug endangered children's course, a 16 hour reality based detection course with my K9 partner Roxy, a 80 hour Department of Justice methamphetamine clandestine lab safety course instructed by a state certified chemist. I participated in the live cook of methamphetamine, and an 80-hour training course with California Narcotics Canine Association.

Additionally, I have received training in drug use, symptomatology, and recognition of narcotics. I have continued my education in areas of narcotic sales, trafficking, interdiction and possession, along with dangerous controlled substances including marijuana, methamphetamine, heroin, cocaine, psilocybin(mushrooms), MDMA (Ecstasy), PCP (phencyclidine), testosterone ester and anabolic steroids.

I have worked as a full time certified K9 handler since July 10, 2014. Since successfully completing K9 handler training; Roxy is responsible for the seizure of over 4,000 pounds of marijuana, 32 pounds of cocaine, over 182 pounds of methamphetamine, 18 pounds of heroin, 30 pounds of concentrated cannabis, over 4,320 MDMA(Ecstasy) pills, 15

ounces of synthetic marijuana(spice), and over $2,450,000 in US currency. We recertified with CNCA on January 14, 2022.

On June 21, 2022, USPI Brad Barnes asked that I and my narcotics Detection K9 "Roxy" to assist in a narcotics parcel investigation on a suspicious parcel.  The parcel was placed in a random area of the United States Postal Inspection Service Domicile in San Bernardino, California.  "Roxy" alerted to the parcels indicating the odor of narcotics was present. The following information was from the suspected parcel.

- Parcel with USPS Tracking # EJ 929 141790 US

_____
Detective Kristina Winegar